UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:24-cr-00060-LEW |
| JIAMIN LIAO | |

# INDICTMENT

The Grand Jury charges:

### COUNT ONE
Maintaining a Marijuana-Involved Premises
(Madison, 571 Thurston Hill Road)

From on about December 1, 2022 through on about March 25, 2024, the exact dates being unknown, in the District of Maine and elsewhere, the defendant,

**JIAMIN LIAO,**

unlawfully and knowingly opened, used, and maintained a premises located at 571 Thurston Hill Road, in Madison, Maine, for the purpose of manufacturing and distributing marijuana, a controlled substance.

Thus, the defendant violated Title 21, United States Code, Section 856(a)(1).

### COUNT TWO
Maintaining a Marijuana-Involved Premises
(Norridgewock, 114 Upper Main Street)

From on about November 29, 2023 through on about March 25, 2024, the exact dates being unknown, in the District of Maine and elsewhere, the defendant,

**JIAMIN LIAO,**

unlawfully and knowingly managed and controlled a premises located at 114 Upper Main Street, in Norridgewock, Maine, as the owner and occupant of such premises. The defendant knowingly and intentionally made available for use such premises for the

1

purpose of unlawfully storing marijuana, a controlled substance.

Thus, the defendant violated Title 21, United States Code, Section 856(a)(2).

**FORFEITURE NOTICE**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 856, the defendant, JIAMIN LIAO, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following: United States Currency in the amount of $39,625.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Dated May 15, 2024, at Bangor, Maine.

A TRUE BILL

_____
ASSISTANT UNITED STATES ATTORNEY
Joel B. Casey

Signature Redacted – Original on file with the Clerk's Office