1:24-cr-00060-LEW

## Synopsis – Indictment
### ***Cantonese Interpreter May Be Required***

SECRET

| | |
|---|---|
| **Name:** | JIAMIN LIAO |
| **Address:** (City & State Only) | Flushing, NY |
| **Year of Birth and Age:** | 1994 (29) |
| **Violations:** | Counts 1 & 2: Maintaining Marijuana-Involved Premises.  21 U.S.C. § 856(a). |
| **Penalties:** | Counts 1 & 2: Imprisonment of not more than 20 years, fine not to exceed $500,000, or both.  Class C felony. |
| **Supervised Release:** | Counts 1 & 2: Not more than 3 years.  18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 & 2: Not more than 2 years.  18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts 1 & 2: Three years, less any term of imprisonment that was imposed upon revocation of supervised release.  18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | DEA S/A Kristopher Sullivan |
| **Detention Status:** | Arrest warrant to issue on sealed indictment |
| **Foreign National:** | Chinese |
| **Foreign Consular Notification Provided:** | Mandatory, to be provided following arrest |
| **Counties:** | Somerset |
| **AUSA:** | Lizotte |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | $100.00 per count - 18 U.S.C. § 3013(a)(2)(A) |

2024 MAY 15  P 5: 08