UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:24-cr-00060-LEW |
| ) | |
| JIAMIN LIAO, ) | |
| ) | |
| Defendant ) | |

**ORDER OF TEMPORARY DETENTION**

Defendant appeared before the Court on August 28, 2024, for an arraignment on an indictment. Pursuant to 18 U.S.C. § 3142(f)(1)(D), the Government moved for detention pending trial. The Court informed Defendant of her right to a hearing on the motion. Defendant requested a hearing.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on August 29, 2024, at 12:00 p.m. for the purpose of consideration of release or detention pursuant to statute as well as any other matters ordered by this Court.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 28th day of August, 2024.